In The United States District Court for Illinois Southern District

ARTHUR L. STANLEY,

Plaintiff,

v.

VINCENT LOPINOT

TIMOTHY WILSON JR, HIS ATTORNEY, FRIENDS, FAMILY AND ASSOCIATES, GENERALLY, THE ST. CLAIR COUNTY COURT AND THE JUDGES THEREOF: C. JOHN BARACEVIC, THE ILLINOIS STATES ATTORNEY: JANET HORMBERG, THE ST. CLAIR COUNTY TRUSTEE COMMITTEE: MARK KERN, ~~THE ILLINOIS DEPARTMENT OF HEALTHCARE AND FAMILY SERVICES: FELICIA NORWOOD, THE ILLINOIS OFFICE OF EXECUTIVE INSPECTOR GENERAL: MAGGEE HICKEY, AND/OR ANTOINETTE A. KWATENG, ILLINOIS GOVERNOR: BRUCE RAUNER,~~ *(INDIVIDUALLY AND/OR IN THEIR OFFICIAL CAPACITY)* ~~INGRID WILLIS, THE~~ PEOPLE OF THE STATE OF ILLINOIS, GENERALLY, RICHARD WATSON, AND THE ST CLAIR COUNTY SHERIFF'S DEPARTMENT *(INDIVIDUALLY AND/OR IN HIS OFFICIAL CAPACITY),*

Defendants.

16-678-NJR-PMF

PLAINTIFF'S 18 U.S.C.A. § 3773 AND/OR §§ 241/ 242 COMPLAINT AND/OR MOTION FOR RELIEF

COMES NOW ARTHUR STANLEY ("ARTHUR") AND SHOWS THIS COURT CAUSE FOR CRIMINAL CHARGES AND/OR MOVES THE COURT TO GRANT HIM RELIEF FROM HARASSMENT AND ATTEMPTS TO DEPRIVE HIM OF PROPERTY AND LIBERTY FOR THE REASONS THAT FOLLOW:

1. Arthur has been tied up in Illinois and U.S. District Courts since about June 2015, and *(because of a sham-judicial conspiracy between opposing counsel/his client, State*

*court judges, District court judges, and 7th Circuit Court personnel)* has been unable to secure a just/legal conclusion, a redress and/or to stop attempts by his adversaries to illegally/ unduly evict him from his 20 year homestead. Arthur alleges "conspiracy" within the meaning of 18 U.S.C.A. §§241 and/or 242. *Brown v. U.S., C.A. 6 (Tenn.) 1953, 204 F.2d 247.) (Private citizen conspired with deputy sheriff[...] violating this section forbidding[...] deprivation under color of law, of a right secured[...] by U.S.C.A. Const.Amend. 14, by such acts was guilty of conspiracy... [as provided for under 18 U.S.C.A. § 242.])* He also alleges sham-judicial proceedings as a part of said conspiracy, within the meaning of §242 of the U.S. Code. *(See e.g. Dennis v. Sparks U.S. Tex. 1980, 101 S.Ct. 183, 449 U.S. 24, 86 L.Ed.2d 185.) ("State judge may be found criminally liable...") See also Horn v. O'Cheskey, D.C.N.M. 1974, 378 F.Supp. 1280. See also, Matzner v. Davenport, D.C.N.J. 1968, 288 F.Supp. 636, affirmed 410 F.2d.1376, certiorari denied 90 S.Ct. 570, 396 U.S. 1015, 24 L.Ed.2d 506. ("State courts bare equal responsibility with federal courts to guard and protect rights secured by Constitution of the United States.")* In the case(s) at hand, there is evidence that the alleged Timothy Wilson Jr., is a St Clair County Sheriff's Deputy who is using a fictitious name, *(Timothy Wilson Jr.,)* alleging to have purchased a tax deed for Arthur's homestead for $10. But, he falsely alleged there had been a landlord/tenant agreement between himself and Arthur. The State court *(in case # 15 Lm 959)* dismissed on motion of *(pro se, and in forma pauperis)* Arthur, but the judge falsely drafted the dismissal order as if the parties had agreed to voluntarily dismiss. Arthur timely filed post trial motions to dismiss "with prejudice." Those motions are still pending. Nevertheless, according to Illinois and/or Federal Law, any instrument purporting to have given the alleged Wilson the right to possession of Arthur's homestead is merged into the 7/27/15 dismissal of Wilson's evictions complaint.

2. In spite of this, Wilson then allegedly hired a lawyer who filed another case making the same allegations without citing to any statutory authority. And, in spite of Arthur's timely affirmative defenses, state court entered a default order in favor of adverse party; and Wilson has attempted to enforce the non-final order, by and through the St. Clair County Sheriff's Department. That is, on June 16th 2016, a Notice from the Sheriff's Department was taped by the front door of Arthur's

Residence, falsely ordering him to vacate within 48 hours, or "the landlord" would return with the Sheriff and set Arthur's belongings out. This is in spite of timely post-trial motions by Arthur, and in spite of state and federal laws prohibiting repeated/vexatious/sham court proceedings, generally. Such attempts violate U.S.C.A. Const.Amend. 14, and thus, violate §§ 241 and/or 242 of the U.S. Code. *See See Brown v. U.S., C.A. 6 (Tenn.) 1953, 204 F.2d 247.); Dennis v. Sparks U.S. Tex. 1980, 101 S.Ct. 183, 449 U.S. 24, 86 L.Ed.2d 185.)* The State court judges are complicit in the alleged conspiracy, for their failure/refusal to protect Arthur's rights herein. See *Horn v. O'Cheskey, D.C.N.M. 1974, 378 F.Supp. 1280. See also, Matzner v. Davenport, D.C.N.J. 1968, 288 F.Supp. 636, affirmed 410 F.2d.1376, certiorari denied 90 S.Ct. 570, 396 U.S. 1015, 24 L.Ed.2d 506. Brown v. U.S., C.A. 6 (Tenn.) 1953, 204 F.2d 247.); Dennis v. Sparks U.S. Tex. 1980, 101 S.Ct. 183, 449 U.S. 24, 86 L.Ed.2d 185.)*

3. Arthur removed to the U.S. District Court four times so far. And, he has cited interference with District Court Protocol *(by state judge and/or opposing counsel)* for random assignment of cases, which triggered FRCP Rule 11 sanctions. As of this day, neither the District court has not addressed Arthur's application for sanctions to secure FRCP Rule 1's mandated objectives. These actions/failures to act in accordance with law by state, federal and/or county actors were/are perpetrated as a conspiracy in furtherance of unlawfully depriving Arthur of his homestead for the alleged Timothy Wilson.

4. Instead, the District court delayed its ruling on motion to proceed on appeal as a poor person until after the appeal was dismissed. On yet another occasion, Arthur filed a premature appeal because the District court sat on post trial motions. Then, after the appeal was dismissed, the District court ruled on said post trial motions. Arthur here alleges FRCP Rule 1 violations by the District court. But, *See FRCP Handbook 2016 at Rule 1, Notes 40-41.) ; also (e.g. see Des Isles v. Evans, C.A. 5 (Fla.) 1955, 225 F.2d 235.) (Rule 1 prohibits the "set[ting of] traps and pitfalls by way of technicalities for unwary litigants[...]"* These actions/failures to act in accordance with law by state, federal and/or county actors were/are perpetrated as a conspiracy in

furtherance of unlawfully depriving Arthur of his homestead for the alleged Timothy Wilson.

5. The State court judge who entered the default order cited above is a party to the cause, and is automatically disqualified as provided for by Il.St.Ct. Rule 63, generally, and he acts in violation of U.S.C.A. Const. Amend. 14 and/or 18 U.S.C.A. § 241/242 for refusing to step aside, and for having sentenced Arthur to 30 days in the County Jail on February 18th 2016, and for entering judgment in favor of adverse party; where, Arthur appeared in State court for the sole purpose of obtaining a copy of stay order after he removed the case to the District court. But, *see* *Maseda v. Honda Motor Co., Ltd., C.A. 11(Fla.) 1988, 861 F.2d 1248, on remand 128 F.R.D. 124. ) ("''Jurisdiction of state court absolutely ceases and state court has duty not to prpceed any further in case...")* Arthur has reason to believe that a federal judge (David Herndon) sat in at state court on February 18th 2016, pretending to have been state judge Vincent Lopinot, and having illegally sentenced Arthur to 30 days jail. *Maseda v. Honda Motor Co., Ltd., C.A. 11(Fla.) 1988, 861 F.2d 1248, on remand 128 F.R.D. 124.* These actions/failures to act in accordance with law by state, federal and/or county actors were/are perpetrated as a conspiracy in furtherance of unlawfully depriving Arthur of his homestead for the alleged Timothy Wilson.

   a. Several days after being jailed, Arthur filed a Notice of Appeal to the U.S. District Court, *(in the removed # 16-125 case)* seeking to stay the 30 day sentence; but District Judge David Herndon intercepted the papers and filed them in a new case, # 16-199 DRH, treating it as a habeas corpus complaint. But, *see* *Harris v. Nelson, U.S. Cal. 1969, 89 S.Ct. 1082, 394 U.S. 286, 22 L.Ed.2d 281, rehearing denied 89 S.Ct. 1623, 394 U.S. 1025, 23 L.Ed.2d 50. ) (Where[...] state prisoner's petition show reason to believe that petitioner [...]be confined illegally, and is therefore entitled to relief, it is duty of court to provide necessary facilities and procedures for adequate inquiry...')* In cast at hand, it was reasonably clear what Arthur intended by filing notice of appeal to District court which had acquired jurisdiction over the case pursuant

to 28 U.S.C.A. 1446; but more importantly, the court had a duty to secure the Arthur's immediate release from jail.

*b.* These acts violate 18 U.S.C.A. §§ 241 and/or 242, and U.S.C.A. Const. Amend. 14, generally. *Further,* These actions/failures to act in accordance with law by state, federal and/or county actors were/are perpetrated as a conspiracy in furtherance of unlawfully depriving Arthur of his homestead for the alleged Timothy Wilson.

6. FRCP Rule 60 defines fraud upon the court as having been perpetrated by officers of the court, within the meaning of *Hazel-Atlas Glass Co., v. Hartford-Empire Co., 322 U.S. 238, 245-46, 64 S.Ct. 997, 88 L.Ed. 1250 (1944); U.S. v. Williams, 790 F.3d 1059, 1071 (10th Cir. 2015). Fox ex rel. Fox v. Elk Run Coal Co., 739 F.3d. 131, 136 (4th Cir. 2014.) )* The order and conduct complained of herein is assault upon the integrity and functioning of the judiciary, by court officers. Arthur submits that fraud has been and continues to be perpetrated upon the court; and that said actions/failures to act in accordance with law by state, federal and/or county actors were/are perpetrated as a conspiracy in furtherance of unlawfully depriving Arthur of his homestead for the alleged Timothy Wilson.

7. The foregoing does not contain all the acts and events and/or parties involved.

**Wherefore the Plaintiff seeks relief in the form of a criminal charges and other relief that the Court may deem just.**

BY:____________________
Arthur Stanley
2918 Trendley Ave
E St. Louis, Il. 62207
(618) 671-9217

CERTIFICATE OF SERVICE

Counter-Petitioner hereby certifies that On June 21st 2016 a copy of attached instrument was sent by first class mail to counsel of record and/or Thomas Benedict at 1004 S. Lincoln Ave., Ste. 12, O'Fallon, Il. 62269.

BY:____________________
Arthur Stanley
2918 Trendley Ave
E St. Louis, Il. 62207
(618) 671-9217

I, [illegible], a Notary Public, in and for the County and State aforesaid, [illegible] for the uses and purposes therein set forth.

Given under my hand and official seal, this 21st day of July, 19[illegible].

BARBARA M. YUNKER
MY COMMISSION EXPIRES
August 8, 1997

Barbara M. Yunker
Notary Public

My Commission Expires:

______________________

STATE OF [illegible]

Mail to: Equity title Co
2043 Woodland pkwy
St. 105, St Louis MO
63146

SEND SUBSEQUENT TAX BILLS TO: Grantee, named Arthur Stanley at 2918 Trendley AV [illegible] E St Louis, IL
62207

Prepared by:

[illegible]
[illegible] Main Street
P.O. Box [illegible]
[illegible], IL 62025

★★★★★★★★★★★★★★ TOTAL P.03

95 JUL 28 AM 9:51
BOOK 3041 PAGE 623
RECORDER

I471

# SPECIAL CORPORATION WARRANTY DEED

THE GRANTOR, ASSOCIATES FINANCE, INC., a corporation created and existing under and by virtue of the laws of Illinois, and duly authorized to transaction business in Illinois, for and in consideration of TEN & NO/100 ($10.00) DOLLARS, and other good and valuable considerations in hand paid, and pursuant to authority given by the Board of Directors of said corporation, GRANTS and CONVEYS unto:

Arthur Stanley, of 2918 Trendley AV E St Louis, IL 62207

the following described real estate situated in St. Clair County, Illinois, to wit:

Lots Numbered Nine (9) and Ten (10) in block Numbered Twenty-Nine (29) of "ALTA SITA"; reference being had to the plat thereof recorded in the Recorder's Office of St. Clair County, Illinois, in Book of Plats "F" on Pages 41 and 42.

02-30.0-127-009

SUBJECT TO: GENERAL TAXES FOR 1995 AND SUBSEQUENT YEARS.

SUBJECT TO: Covenants, conditions, easements and restrictions of record.

Said Grantor does specially warrant and will forever defend said title against all persons lawfully claiming or to claim the same by, through, or under Associates Finance, Inc., but not otherwise.

Property Address: 2918 Trendley, East St. Louis, Illinois

P.I.N.: 02-30.0-127-009

IN WITNESS WHEREOF, the Grantor has caused its name to be signed hereto by M. B. McCoy, an officer of said corporation.

ASSOCIATES FINANCE, INC.

By: [signature] M. B. McCoy
Who holds the office of Vice Pres. with Associates Finance, Inc.

EQUITY TITLE COMPANY
2043 WOODLAND PKWY, STE 105
ST. LOUIS, MO 63146

# LANDLORD'S FIVE DAY NOTICE

To: Arthur Stanley

You are hereby notified, pursuant to 735 ILCS 5/9-209 that there is now due the undersigned landlord the sum of 1 0 dollars and 2 0 cents, being rent for the premises situated in the City of Centreville, County of St Clair and State of Illinois, described as follows:

together with all buildings, sheds, closets, outbuildings, garages and barns used in connection with said premises.

And you are further notified that payment of said sum so due has been and is hereby demanded of you, and that unless payment thereof is made on or before the expiration of five (5) days after service of this notice, your possession of said premises will be terminated. Timothy Wilson Jr is hereby authorized to receive said rent so due, for the undersigned.

ONLY FULL PAYMENT OF THE RENT DEMANDED IN THIS NOTICE, WITHIN FIVE DAYS OF THE DATE OF SERVICE OF THIS NOTICE, WILL WAIVE THE LANDLORD'S RIGHT TO TERMINATE THE LEASE UNDER THIS NOTICE, UNLESS THE LANDLORD AGREES IN WRITING TO CONTINUE THE LEASE IN EXCHANGE FOR RECEIVING PARTIAL PAYMENT.

Dated this 9th day of June, 20 15.

By: [signature]
Agent or Attorney

STATE OF ILLINOIS )
)SS
COUNTY OF ST. CLAIR )

Timothy Wilson Jr being duly sworn, on oath deposes and says that on the 9th day of June, 20 15 he served the above notice on the tenant named above as follows:

✓ (1) by delivering a copy thereof to the above named tenant

_____ (2) by delivering a copy thereof to _____________________, a person above the age of 13 years, residing on or in charge of the above described premises.

_____ (3) by sending a copy thereof to said tenant by certified mail, with request for return of receipt from the addressee.

_____ (4) by posting a copy thereof on the main door of the above described premises, no one being in actual possession thereof.

Subscribed and sworn to before me this 9th day of June, 20 15.

OFFICIAL SEAL
JASON A JACOBS
Notary Public - State of Illinois
My Commission Expires Sep 14, 2015

[signatures]

THE CIRCUIT COURT
TW ITIETH JUDICIAL COURT
ST LAIR COUNTY, ILLINOIS

Timothy Wilson Jr
Plaintiff

vs.

Arthur Stanley
Defendant

Case No.: 15LM959

FILED
ST. CLAIR COUNTY
JUN 17 2015
32 CIRCUIT CLERK

**COMPLAINT FORCIBLE ENTRY AND DETAINER**

Timothy Wilson Jr., Plaintiff(s) complains against Defendant(s), states:

1. I/We are entitled to possession of the premises at (give complete address, including city, state, and zip code):
2718 Trenay Ave,
Centreville 62207

2. Defendant(s) unlawfully withhold possession of the premises from Plaintiff(s).

3. Defendant(s) owe Plaintiff(s) rent in the sum of $ 0. (If the Plaintiff seeks to recover rent, the affidavit MUST be completed. Only if rent is available; Plaintiff can recover damages in this action.)

WHEREFORE, Plaintiff(s) pray that this Court enter judgment against Defendant(s) for possession of the premises described above, and for the sum of $ 0 and costs of suit.

(Must be signed separately by each Plaintiff)

**AFFIDAVIT**

(**MUST** be completed if you are asking for unpaid rent)

The undersigned, on oath, states that the allegations in the above complaint are true.

Subscribed and sworn to before me
June 15th

Notary Public

OFFICIAL SEAL
JASON A JACOBS
Notary Public - State of Illinois
My Commission Expires Sep 14, 2015
(Notary Seal)

"A-3"

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| Timothy Wilson,"alias," et al,] Plaintiff, Counter-defendant ] v. ] Arthur Stanley, ] Defendant, Counter-plaintiff. ] | Case Number 15-Lm-959 | FILED ST. CLAIR COUNTY JUL 20 2015 [signature] CIRCUIT CLERK 41 |

FIRST AMENDED ANSWER

For his Answer, Defendant neither admits nor denies whether "Timothy Wilson" has the right to possession of the subject property herein. It was his burden to duly make that assertion and prove it. A plaintiff must attach to his complaint the written instruments upon which his claim is based, and these are to be treated as part of the complaint itself. *Gore v. Indiana Insurance Co.*, 376 Ill. App. 3d 282, 288 (2007) (citing 735 ILCS 5/2-606 (West 2006), and *Bajwa v. Metropolitan Life Insurance Co.*, 208 Ill. 2d 414, 431 (2004)). "Where allegations made in the body of the complaint conflict with facts disclosed in the exhibits, the exhibits will control and the allegations will not be taken as true in evaluating the sufficiency of the complaint." *Gore*, 376 Ill. App. 3d at 288 (citing *Bajwa*, 208 Ill. 2d at 431-32). Wilson did not attach to his complaint any exhibit which demonstrates his right to possession of the subject property.

WHEREFORE, the Defendant respectfully seeks that the Court would dismiss, with prejudice, the Plaintiff's cause, and for other relief.

[signature]

FIRST AMENDED COUNTERCLAIM

For his Counterclaim, Pursuant to 735 ILCS 5/2-608, Counter-plaintiff states as follows:

**Introduction**

On or about June 17, 2015, a person, allegedly Timothy Wilson (Wilson) filed a Forcible



EXHIBIT: "C"

IN THE CIRCUIT COURT ... ILLINOIS
ST CLAIR COUNTY

FORCIBLE ENTRY AND DETAINER

| | |
|---|---|
| TIMOTHY WILSON JR<br>VS<br>ARTHUR STANLEY | 15-LM-0959 |

TO: STANLEY ARTHUR
2911 TRENDLEY AVE
EAST ST LOUIS, IL 62207-1760

FILED
ST CLAIR COUNTY
JUL 27 2015
CIRCUIT CLERK
7

Date : 7/27/2015 Time : 9:00 AM Room : 402

This order refers to the claim against the above defendant.

IT IS HEREBY ORDERED:
R60 [X] Case dismissed [ ] with prejudice (16) [X] without prejudice (15)
[ ] failure to appear [ ] failure to obtain service [ ] on motion of Plaintiff

R83 [ ] Summons not served or service defective. Continued for service. Alias summons to issue.
Status for service at 8:30 a.m. on ____________, 20____ in courtroom 402

R03 [ ] Defendant appears in court, admits liability and agrees to entry of judgment for plaintiff (s)
and against defendant for premises and for $__________ plus $__________ cost.
Total $__________

R02 [ ] Defendant fails to appear. Judgment for plaintiff and against defendant for premises and for
$__________ plus $__________ costs.

R04 [ ] Defendant appears in court, denies liability, case set for trial at 9:00 a.m. on __________
in courtroom 402. APPEARANCE FEE OF [ ] $156.00 [ ] $166.00 MUST BE PAID
ON OR BEFORE THE TRIAL DATE. FAILURE TO PAY THE APPROPRIATE FEE WILL RESULT
IN CANCELLATION OF TRIAL DATE AND ENTRY OF JUDGMENT FOR PLAINTIFF BY DEFAUL

[ ] Judgment stayed ________ Days.

[ ] Trial held. Judgment for Plaintiff / Defendant for premises and for $__________ plus $__________
costs.

[ ] Cause continued on motion of __________

PREMISES LOCATED AT: __________

OTHER: Parties agree the filed 7/23/15 Motion. Motion granted. Matter dismissed without

PLAINTIFF

JUDGE HEINZ RUDOLF
7/27/15

EXHIBIT "A"

# DEMAND FOR IMMEDIATE POSSESSION

TO: Arthur Stanley
2918 Trendley Ave.
East St. Louis, IL 62207

Please take notice that demand is now made upon you to vacate the premises at 2918 Trendley Ave., East St. Louis, IL 62207 within 5 days of being served with this notice. If you fail to vacate within the allotted time, you are hereby placed upon notice that eviction will be taken against you immediately to recover possession of the premises as you have no lawful right to possession

Thomas Benedick
Agent and Attorney for Timothy Wilson Jr.
1004 S. Lincoln Ave., Ste. 12
O'Fallon, IL 62269
Phone No. (618)632-8401
Registration No. 168629

---

STATE OF ILLINOIS )
) SS
COUNTY OF ST. CLAIR )

________ being duly sworn, on oath deposes and says that on the 8th day of Aug, 2015 he served the above notice on the tenant named above as follows:

XX (1) by delivering a copy thereof to above named tenant

_____ (2) by delivering a copy thereof to ________________, a person above the age of 13 years, residing on or in the charge of the above described premises.

#9 8/10 12:27 PM

Subscribed and sworn to before me this 10th day of Aug, 2015. 8/8/15

OFFICIAL SEAL
DOUGLAS P JONES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/03/

Notary Public

EXHIBIT "B"

IN THE CIRCUIT COURT FOR THE
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

FILED
ST. CLAIR COUNTY
AUG 17 2015
41
CIRCUIT CLERK

Timothy Wilson Jr., )
Plaintiff, )
vs. ) No. 15LM1379
Arthur Stanley, )
Defendant. )

## FORCIBLE ENTRY AND DETAINER

COMES NOW the Plaintiff, Timothy Wilson Jr., by and through his attorney, Thomas Benedick, and for his cause of action against the above Defendant alleges as follows:

1. That Plaintiff is entitled to the possession of the following described premises: 2918 Trendley Ave., East St. Louis, IL 62207, with appurtenances thereunto.

2. That Defendant unlawfully withholds the possession thereof from Plaintiff.

3. That Plaintiff served Defendant with a Demand for Immediate Possession on August 8, 2015; a copy of which is attached hereto as Exhibit "A".

**WHEREFORE**, your Plaintiff demands judgment for possession of the premises and all court costs involved in this matter.

Thomas Benedick
Attorney at Law
1004 S. Lincoln Ave., Ste. 12
O'Fallon, Illinois 62269
Phone No. (618)632-8401
Registration No. 168629



EXHIBIT: "F"

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

Timothy Wilson, "alias," et al, ]
]
Plaintiff, Counter-defendant ]
] Case Number 15-Lm-959
v. ]
]
Arthur Stanley, ]
]
Defendant, Counter-plaintiff. ]

FILED
ST. CLAIR COUNTY
AUG 21 2015
7 CIRCUIT CLERK

**FIRST AMENDED VERIFIED MOTION**

NOW COMES THE DEFENDANT AND COUNTER-PLAINTIFF, ARTHUR STANLEY ("Stanley") AND PURSUANT TO 735 ILCS 5/2-1203 (a), AND SECTIONS 2-615 AND/OR 2-619 AND MOVES THIS COURT TO MODIFY ITS ORDER OF 7/27/15, FOR THESE FOLLOWING REASONS:

1. On or about June 17, 2015, the Plaintiff and Counter-defendant, Timothy Wilson Jr., "Wilson," filed his **Complaint for Forcible Entry and Detainer** against the Defendant-Counter-plaintiff, "Stanley," under the provisions of 735 ILCS 5/9-209 and pursuant to a five (5) day demand for rent, alleging $0 in rent due and/or owing; and in doing so, he implied there was a landlord/tenant relationship. Stanley did not wish to contend as to whether there was, or had been a landlord/tenant agreement, but rather that Wilson should have proffered or attached to his complaint a copy of any instrument he had, *proving* such agreement or relationship.
2. On or about July 27, Wilson and Stanley appeared at a scheduled hearing in Court. The Court was crowded, and moreover, the Honorable Heinz Rudolph announced that he had to preside over the taking of witnesses' testimony in the Courtroom next door; so he would be running back and forth, in between witnesses. Wilson was in Court with a copy of Stanley's **First Amended Answer**, and **Motion to Dismiss,** which he knew would or could be taken up that day. The **First Amended Answer** and **Motion** afforded Wilson sufficient notice as to why his Complaint could and should be dismissed, and, the three and a half-hour delay in calling on his cause for a hearing afforded him time to ask leave to amend his complaint, or, to make amendments to his Complaint. See *People ex*

WHEREFORE, Defendant-Counter-plaintiff prays this honorable Court to reconsider and modify the dismissal of Wilson's cause to "with prejudice," and for said and other relief.

BY A Stanley
Notary Not in
Will verify ueap A

VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

STATE OF ILLINOIS )
) §
ST CLAR COUNTY )

Dated August 21, 2015

NOTARY

SUBSCRIBER

CERTIFICATE OF SERVICE

Counter-Petitioner hereby certifies that On Tuesday, August 21 2015 a copy of the attached instrument along was sent by first class mail to Timothy Wilson Jr., at 2434 Blue Jay Ct., St Louis, Mo. 63033

BY:____________________

Arthur Stanley
2918 Trendley Ave
E St. Louis, Il. 62207

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

Timothy Wilson,"alias," et al,]
]
Plaintiff, Counter-defendant ]
] Case Number 15-Lm-1379
v. ]
]
Arthur Stanley, ]
]
Defendant, Counter-plaintiff. ]

FILED
ST CLAIR COUNTY
SEP 0 8 2015
23 CIRCUIT CLERK

ANSWER AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

FOR HIS ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS, DEFENDANT STATES AS FOLLOWS:

If Court were to reject affirmative defenses raised by previously filed motions in this #1379 cause, attached and incorporated herein, Forcible Entry and Detainer action would be barred by general homestead exemption/ provision. See ***Van Winkle v. Weston***, 1935, 276 Ill.App.66 "…forcible entry and detainer will not lie to secure possession of premises occupied as homestead." Plaintiff is a "homesteader" under the general provisions of 35 ILCS 200/15-175, and has resided continuously at the residence referenced herein as the subject property. ***Van Winkle v. Weston***, 1935, 276 Ill.App.66. Also see ***Willard v. Northwest Nat. Bank of Chicago***, App.1 Dist. 1885,, 92 Ill.Dec.92 137 Ill.App3d 255, 484 N.E. 2d 183. "… if property is worth more than exemption, purchaser receives only equitable title to excess in value…" Wilson would be required to pay or set an amount of the homestead to Plaintiff, and thus set-off the difference, before his right to possession would become absolute. ***Willard v. Northwest Nat. Bank of Chicago***, App.1 Dist. 1885,, 92 Ill.Dec.92 137 Ill.App3d 255, 484 N.E. 2d 183.

COUNTERCLAIMS

FOR HIS COUNTERCLAIMS, DEFENDANT STATES THAT, Wilson and the County of St. Clair, generally, has harassed the Defendant and deprived him of his due process rights, etc.

VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

STATE OF ILLINOIS )
) §.
ST CLAIR COUNTY )

Dated ~~August 25, 2015~~ SEPT. 8, 2015

NOTARY

SUBSCRIBER

OFFICIAL SEAL
CARMEN S GLENN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 02/25/2018

CERTIFICATE OF SERVICE

Counter-Petitioner hereby certifies that On Tuesday, August 25 2015 a copy of the attached instrument along was sent by first class mail to Thomas Benedict at 1004 S. Lincoln Ave., Ste. 12, O'Fallon, Il. 62269.

BY:

Arthur Stanley
2918 Trendley Ave
E St. Louis, Il. 62207
(618) 671-9217

ST. CLAIR COUNTY SHERIFF'S DEPT.

:TWENTIETH JUDICIAL CIRCUIT
NTY, ILLINOIS

AND DETAINER

ADDRESS: 2918 Trendley Ave
E. St. Louis

CASE#: 15-LM-1379

Case No. 15LM 1379

You have been scheduled for an eviction and have 48 hours to move. If you fail to do so, the landlord will return at a later date with the Sheriff's Department and your personal belongings will be set out.

Sheriff's Department Civil Division
700 North 5th Street
Belleville IL 62220
(618) 277-3505, Ext. 5760

:30

Room: 402

FILED
ST. CLAIR COUNTY
MAY 31 2016
32
CIRCUIT CLERK

[ ] without prejudice (15)
[ ] on motion of Plaintiff

Deputy Sheriff ______ Date 6-16-16

...ntinued for service. Alias summons to is... ______, 20____ in courtroom 402.

...d agrees to entry of judgment for plaintiff(s) ______ plus $______ cost:

Total $______

R02 [✓] Defendant fails to appear. Judgment for plaintiff and against defendant for premises and for $______ plus $ 246. costs.

R04 [ ] Defendant appears in court, denies liability, case set for trial at 9:00 a.m. on ______ in courtroom 402. **APPEARANCE FEE OF [ ] $158.00 [ ] $168.00 MUST BE PAID ON OR BEFORE THE TRIAL DATE. FAILURE TO PAY THE APPROPRIATE FEE WILL RESULT IN CANCELLATION OF TRIAL DATE AND ENTRY OF JUDGMENT FOR PLAINTIFF BY DEFAULT.**

[✓] Judgment stayed 0 days.

[ ] Trial held. Judgment for Plaintiff/Defendant for premises and for $______ plus $______ costs.

[ ] Cause continued on motion of ______

PREMISES LOCATED AT: 2918 Trendley Ave. Centreville, ILL 62207

OTHER: All counter claims denied

PLAINTIFF ______ 9 June 20__ JUDGE ~~HEINZ RUDOLF~~ [signature]