# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

October 27, 2016

*Before*

**William J. Bauer,** *Circuit Judge*
**Joel M. Flaum,** *Circuit Judge*
**Diane S. Sykes,** *Circuit Judge*

| | |
|---|---|
| ARTHUR L. STANLEY, | ] Appeals from the United |
| Plaintiff-Appellant, | ] States District Court for |
| | ] the Southern District of |
| Nos. 16-3209, 16-3272, 16-3447 and | ] Illinois. |
| 16-3701 v. | ] |
| | ] No. 3:16-cv-00678-SMY-PMF |
| TIMOTHY WILSON, JR., et al., | ] |
| Defendants-Appellees. | ] Staci M. Yandle, Judge. |

O R D E R

On consideration of the papers filed in these four appeals and review of the short records,

IT IS ORDERED that the four appeals are DISMISSED as unnecessary.

These appeals duplicate an earlier appeal filed on August 12, 2016, and docketed in this court as Appeal No. 16-3170. Only one appeal is necessary. *Harris v. Bellin Memorial Hospital*, 13 F.3d 1082, 1083 (7th Cir. 1994). Appellant's appeal of the judgment dismissing this case with prejudice will proceed under Appeal No. 16-3170.

Further, to the extent appellant seeks review of the district court's order denying leave to proceed on appeal *in forma pauperis*, Fed. R. App. P. 24(a) directs that an appellant should re-file his motion to proceed *in forma pauperis* on appeal in the merits appeal (16-3170); it is not necessary to file a separate appeal.