# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

February 23, 2017

To: Justine Flanagan
UNITED STATES DISTRICT COURT
Southern District of Illinois
East St. Louis , IL 62201-0000

| | |
|---|---|
| No. 16-3170 | ARTHUR L. STANLEY,<br>Plaintiff - Appellant<br><br>v.<br><br>TIMOTHY WILSON, JR., et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 3:16-cv-00678-SMY-PMF<br>Southern District of Illinois<br>District Judge Staci M. Yandle |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| TYPE OF DISMISSAL: | Circuit Rule 3(b) |
| STATUS OF THE RECORD: | no record to be returned |

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** **Received by:**

_________________________ ____________________________________

form name: **c7_Mandate**(form ID: **135**)