# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 23, 2017

*By the Court:*

| | |
|---|---|
| No. 16-3170 | ARTHUR L. STANLEY,<br>Plaintiff - Appellant<br><br>v.<br><br>TIMOTHY WILSON, JR., et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:16-cv-00678-SMY-PMF<br>Southern District of Illinois<br>District Judge Staci M. Yandle | |

This cause, docketed on August 15, 2016, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit